# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Ashley Morgan,

     Plaintiff(s),

v.

CMJ Recovery NV LLC, et al.,

     Defendant(s).

Case No. 2:25-cv-02238-GMN-BNW

**Order**

The parties represent that holding an early neutral evaluation would be futile. Docket No. 15. Accordingly, the Court **VACATES** the early neutral evaluation. The Clerk's Office is **INSTRUCTED** to remove the ENE flag and to remove the undersigned as the settlement judge.

IT IS SO ORDERED.

Dated: January 29, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1