JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
AMANDA PATANAPHAN, ESQ.
Nevada Bar No. 15080
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: joshua.sliker@jacksonlewis.com
Email: amanda.patanaphan@jacksonlewis.com

LARIZA HEBERT, ESQ. (*Admitted Pro Hac Vice*)
Texas Bar No. 24098287
**JACKSON LEWIS P.C.**
717 Texas Avenue, Suite 1700
Houston, Texas 77002
Telephone: (713) 650-0404
Email: lariza.hebert@jacksonlewis.com

*Attorneys for Defendants CMJ Recovery NV LLC,*
*and Aliya Health Group LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ASHLEY MORGAN, an individual,<br><br>                              Plaintiff,<br>   vs.<br><br>CMJ RECOVERY NV LLC, a Nevada limited liability company; ALIYA HEALTH GROUP LLC, a Florida limited liability company; ROE BUSINESS ENTITIES I through X, inclusive,<br><br>                              Defendants. | Case No.: 2:25-CV-02238-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY AND SCHEDULING ORDER DEADLINES**<br><br>**(SECOND REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 26-3, Plaintiff, Ashley Morgan ("Plaintiff"), by and through her counsel of record, Greenberg Gross LLP, and Defendants CMJ Recovery NV LLC and Aliya Health Group LLC, by and through their counsel of record, Jackson Lewis P.C., hereby submit the instant Stipulation to Extend certain discovery deadlines by sixty (60) days. This is the

second request to extend the discovery deadlines in this matter. This Stipulation is based on the following:

**A.      Discovery Completed to Date.**

The parties have diligently pursued discovery since the Court entered the Stipulated Discovery Plan and Scheduling Order on December 23, 2025. The Court's Scheduling Order set a Discovery Cut-Off Date of June 12, 2026. The Parties then entered a first Stipulation to Extend Discovery and Scheduling Order Deadlines, making the discovery cut-off August 11, 2026. Since that time, the following discovery has been completed:

1. December 19, 2025 – Defendant's Fed. R. Civ. P. 26(a)(1) Initial Disclosures
2. December 19, 2025 – Plaintiff's Fed. R. Civ. P. 26(a)(1) Initial Disclosures
3. December 19, 2025 – Plaintiff's First Set of Requests for Production to Defendants
4. January 30, 2026 – Defendants' First Set of Interrogatories to Plaintiff
5. January 30, 2026 – Defendants' First Set of Requests for Admission to Plaintiff
6. January 30, 2026 – Defendants' First Set of Requests for Production to Plaintiff
7. February 3, 2026 – Defendants' First Supplemental FRCP 26 Disclosures
8. February 3, 2026 – Defendants' Responses to Plaintiff's First Set of Requests for Production
9. March 2, 2026 – Plaintiff's Responses to Defendants' First Set of Interrogatories
10. March 2, 2026 – Plaintiff's Responses to Defendants' First Set of Requests for Production
11. March 2, 2026 – Plaintiff's Responses to Defendants' First Set of Requests for Admissions
12. March 2, 2026 – Plaintiff's First Supplemental FRCP 26 Disclosures
13. March 16, 2026 – Defendants' Second Supplemental FRCP 26 Disclosures
14. March 16, 2026 – Plaintiff's Second Supplemental FRCP 26 Disclosures
15. March 17, 2026 – Plaintiff's Deposition was taken
16. March 24, 2026 – Plaintiff's Third Supplemental FRCP 26 Disclosures
17. March 24, 2026 – Plaintiff's First Supplemental Responses to Defendants' First Set

2

of Interrogatories

18. May 11, 2026 – Defendants' Second Set of Interrogatories to Plaintiff

19. May 11, 2026 – Defendants' Second Set of Requests for Production to Plaintiff

20. May 14, 2026 – Plaintiff's Fourth Supplemental FRCP 26 Disclosures

21. May 15, 2026 – Leon Knox's Deposition was taken

22. May 29, 2026 – Defendants' Third Supplemental FRCP 26 Disclosures

23. June 2, 2026 – Plaintiff's Second Set of Requests for Production on Defendants

24. June 10, 2026 – Plaintiff's Responses to Defendants' Second Set of Interrogatories

25. June 10, 2026 – Plaintiff's Responses to Defendants' Second Set of Requests for Production

26. June 10, 2026 – Plaintiff's Fifth Supplemental FRCP 26 Disclosures

27. July 2, 2026 – Defendants' Fourth Supplemental FRCP 26 Disclosures

28. July 2, 2026 – Defendants' Responses to Plaintiff's Second Set of Requests for Production

29. Various subpoenas were issued to third parties for documents, for medical and employment records

**B.      Discovery Which Still Needs to Occur.**

1.   The depositions of Ian Williamson and 30(b)(6) witnesses are currently pending.

2.   Defendants anticipate taking additional third-party witness depositions, pending the currently anticipated depositions of Ian Williamson and 30(b)(6) witnesses, including Morgan Underwood

3.   Other discovery may occur depending on the pending discovery efforts, which might include further subpoenas or discovery requests.

**C.      Reasons Why Discovery Has Not Been Completed.**

Counsel for both parties strive to move the case forward, but are subject to witness availability and their own scheduling conflicts. For example, counsel for Defendants Lariza Hebert has found herself deeply involved in another matter involving numerous depositions in the month of July, which has affected her ability to focus on the current discovery of this case. Additionally,

it was recently discovered that Gina Firicano recently left the company, so the Defendants will designate a different 30(b)(6) witness in her stead.

Good cause exists to extend the current discovery deadlines under FRCP 16(b)(4) because the Parties have acted diligently, but have encountered legitimate scheduling constraints that have materially limited their ability to complete discovery, which include significant, overlapping professional obligations during the discovery period, and witness availability concerns. Since all Parties stipulate to the timely requested extension, and no party will be prejudiced by a modest enlargement of the discovery deadlines. To the contrary, extending discovery will promote judicial efficiency by allowing the Parties to complete necessary discovery to determine potential settlement efforts or trial strategy.

In sum, the Parties submit that good cause exists to extend the discovery deadlines.

**D.      Proposed Schedule for Completing Remaining Discovery.**

The Parties propose the following schedule for completing remaining discovery:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
| --- | --- | --- |
| Rebuttal Expert Disclosures | July 13, 2026 | **September 11, 2026** |
| Discovery Cut-Off | August 11, 2026 | **October 12, 2026** |
| Dispositive Motion Deadline | September 11, 2026 | **November 10, 2026** |
| Pretrial Order | October 12, 2026 | **December 11, 2026** |

4

This stipulation and order is sought in good faith and not for the purpose of delay.

DATED this 9th day of July 2026.

**GREENBERG GROSS LLP**

*/s/David C. Kiebler*
Jemma E. Dunn (#16229)
Matthew T. Hale (#16880)
David C. Kiebler (#16724)
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

*Attorneys for Plaintiff*
*Ashley Morgan*

**JACKSON LEWIS P.C.**

*/s/ Amanda Patanaphan*
Amanda Patanaphan (#15080)
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

Lariza Hebert (*Pro Hac Vice)*
717 Texas Avenue, Suite 1700
Houston, Texas 77002

*Attorneys for Defendants*
*CMJ Recovery NV LLC and*
*Aliya Health Group LLC*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _July 10, 2026_____

4924-6372-6780, v. 1

5